# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER **08CR1969-JM**
)
vs )  ABSTRACT OF ORDER
)
**Christopher Saint-Lucero (1)**  )  Booking No. **08710298**
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6/17/8**
the Court entered the following order:

- **X** Defendant be released from custody.
- \_\_\_ Defendant placed on supervised / unsupervised probation / supervised release.
- \_\_\_ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- **X** Defendant released on $ **40,000 P/S** bond posted.
- \_\_\_ Defendant appeared in Court. FINGERPRINT & RELEASE.
- \_\_\_ Defendant remanded and ( \_\_\_ bond) ( \_\_\_ bond on appeal) exonerated.
- \_\_\_ Defendant sentenced to TIME SERVED, supervised release for \_\_\_ years.
- \_\_\_ c.c. judgment Court of Appeals ( \_\_\_ affirming) ( \_\_\_ reversing) decision of this Court:
  \_\_\_ dismissing appeal filed.
- \_\_\_ Bench Warrant Recalled.
- \_\_\_ Defendant forfeited collateral.
- \_\_\_ Case Dismissed.
- **X** Defendant to be released to Pretrial Services for electronic monitoring.
- **X** Other. **PLS RELEASE BY 3:00PM 6/17/8; PLS CALL 520-8851 (SABRINA HALL)**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk
**J. JARABEK**

Received _____ DUSM

Crim-9  (Rev 6-95)                                                                                   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY