1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  DiIORIO & HALL, APC
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant **Saint**

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                  (HON. JEFFREY MILLER)

11 UNITED STATES OF AMERICA,      )   Criminal Case No. 08-CR-1969-JM
                                  )
12      Plaintiff,                )
                                  )
13      v.                        )
                                  )   **ACKNOWLEDGMENT OF**
14 CHRISTOPHER SAINT,             )   **NEXT COURT DATE**
                                  )
15      Defendant.                )
                                  )
16 _____)

18      I, CHRISTOPHER SAINT, hereby acknowledge that my next court date to appear

19 before the Honorable Jeffrey Miller is July 25, 2008, at 11:00 a.m. for motion hearing and

20 trial setting.

23 Dated: 6-27-08                        _____
                                         **CHRISTOPHER SAINT**