UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br>    )<br>vs. )<br>Christopher Saint-Lucero )<br>    et al. )<br>    Defendant(s) ) | 08CR1969JM<br>CRIMINAL NO. _____<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted)/ Case Disposed / Order of Court).

William Edgardo Romero Estrada

DATED: 7/14/08

LEO S. PAPAS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR J. PARIS

W. SAMUEL HAMRICK, JR.  Clerk

by _____
      Deputy Clerk